Of Counsel:
CHAR SAKAMOTO ISHII LUM & CHING
Attorneys at Law
A Law Corporation

CAROLYN E. HAYASHI          4234
Davies Pacific Center
841 Bishop Street, Suite 850
Honolulu, Hawaii 96816
Telephone: (808) 522-5133
E-mail: CEHayashi@lawcsilc.com

Attorneys for Plaintiff
T.P.T. SERVICES, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 6 2023

at 7 o'clock and 30 min. A M
John A. Mannle, Clerk

LJ

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| KATRINA LENTE, | ) CASE NO. 1:22-CV-00154 HG-RT |
|---|---|
| Plaintiff, | ) STIPULATION TO DISMISS ALL<br>) CLAIMS AND ALL PARTIES |
| vs. | ) WITH PREJUDICE; ORDER |
| T.P.T. SERVICES, INC, | ) |
| Defendant. | ) Trial Date: January 17, 2024<br>) Judge: Honorable Helen Gilmor |

STIPULATION TO DISMISS ALL CLAIMS
AND ALL PARTIES WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff

KATRINA LENTE and Defendant T.P.T. SERVICES, INC. ("Defendant"), by and

through their respective counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal

Rules of Civil Procedure and Rule 41.1 of the Local Rules of the United States

District Court for the State of Hawaii, all claims against Defendant in this action are hereby DISMISSED WITH PREJUDICE.

This Stipulation has been signed by all parties who have appeared in this Action, and each shall bear its own respective attorney's fees and costs in this matter. There are no remaining claims or parties in this action.

DATED: Honolulu, Hawaii, February 14, 2023.

CHAR SAKAMOTO ISHII LUM & CHING
Attorneys at Law
A Law Corporation

/s/ Carolyn E. Hayashi
CAROLYN E. HAYASHI
Attorneys for Defendant
T.P.T. SERVICES, INC.

/s/ Lunsford Dole Phillips
LUNSFORD DOLE PHILLIPS
Attorney for Plaintiff
KATRINA LENTE

DATED: Honolulu, Hawaii, February 15, 2023.
IT IS SO ORDERED.

United States District Judge



Katrina Lente vs. T.P.T. Services, Inc.; CV-00154-HG-RT; Stipulation to Dismiss All Claims and All Parties with Prejudice; Order